UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Demarene Coleman,<br><br>            Plaintiff<br>    v.<br><br>NDOC, et. al.,<br><br>            Defendants | Case No. 2:21-cv-01734-JAD-VCF<br><br>**Order Dismissing<br>and Closing Case**<br><br>ECF No. 10 |

Plaintiff Demarene Coleman filed this civil-rights lawsuit to redress constitutional violations that he claims he suffered while incarcerate Lovelock Correctional Center, but she now seeks to voluntarily dismiss it.[1]  Federal Rule of Civil Procedure (FRCP) 41(a)(1) permits a plaintiff to dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."[2]  Because no responsive pleading has been filed in this case, I grant the motion and dismiss this action without prejudice under FRCP 41(a)(1).

IT IS THEREFORE ORDERED that the motion for voluntary dismissal **[ECF No. 10] is GRANTED**, and this case is dismissed without prejudice.  The Clerk of Court is directed to ENTER JUDGMENT accordingly and CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
January 17, 2023

---

[1] ECF No. 10.
[2] Fed. R. Civ. P. 41(a)(1)(A)(i).